**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| TERENCE SUTTON and ANDREW ZABAVSKY,<br><br>    *Plaintiffs*,<br><br>v.<br><br><br>UNITED STATES OF AMERICA<br><br>    *Defendant*. | Civil Case No. 1:26-cv-02025-TJK |

## <u>NOTICE OF ERRATA</u>

Plaintiffs Terence Sutton and Andrew Zabavsky respectfully submit the following errata and attachment:

The Complaint, ECF No. 1, included Plaintiffs' residential addresses in the caption despite their desire to keep that information off the public docket pursuant to Local Civil Rule 5.1(c)(1). The attached complaint removes Plaintiffs' residential addresses from the caption and makes no changes to the Complaint's text. The notice, filed simultaneously under seal, contains Plaintiffs' residential addresses. Accordingly, these documents comply with Local Civil Rule 5.1(c)(1).

1

Dated: June 9, 2026

Respectfully submitted,

*/s/ Jonathan Fahey*
Jonathan Fahey (D.C. Bar No. 90013952)
Kellen S. Dwyer* (D.C. Bar No. 1008151)
Andreas N. Episkopos* (D.C. Bar No. 90033371)
HOLTZMAN VOGEL BARAN TORCHINSKY &
JOSEFIAK, PLLC
2300 N Street NW, Suite 643
Washington, D.C. 20037
Phone: (202) 737-8808
jfahey@holtzmanvogel.com
kdwyer@holtzmanvogel.com
aepiskopos@holtzmanvogel.com

Christopher Zampogna (D.C. Bar No. 449851)
ZAMPOGNA PC
1775 Eye Street NW, Suite 1150
Washington, D.C. 20006
Phone: (202) 223-6635
caz@zampognalaw.com

Carmen D. Hernandez (MD Bar No. 03366)
Law Office of Carmen Hernandez
7166 Mink Hollow Rd
Highland, MD 20777
Phone: (240) 472-3391

*Counsel for Plaintiffs*

*\*Application for Admission Pending*

2